United States Bankruptcy Court

Southern District of Florida

| | |
|---|---|
| In re: | Case No. 21-15462-RAM |
| Mattress One, Inc. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-1 | User: idabarr | Page 1 of 3 |
| Date Rcvd: Jun 03, 2021 | Form ID: 309D | Total Noticed: 80 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mattress One, Inc., c/o Drew M. Dillworth, Receiver, 150 West Flagler Street, Suite 2200, Miami, FL 33130-1545 |
| 96218191 | + | 14851 Toll Corporation, 6231 Pga Blvd, Ste 104 # 432, Palm Beach Gardens, FL 33418-4033 |
| 96218192 | + | 1700 Rinehart, LLC, 1615 California Street # 707, Denver, CO 80202-3706 |
| 96218193 | + | 3400 Coral Way, LTD, 3400 Coral Way, 300, Miami, FL 33145-3053 |
| 96218194 | | A.D. Development LLC., 1525A The Greens Way, Orlando, FL 32837 |
| 96218195 | + | American Federated Title Corp., PO Box 3506, Orlando, FL 32802-3506 |
| 96218196 | + | Avenues Crossing, LLC, c/o Rogers Towers, 1301 Riverplace Blvd, Suite 1500, Jacksonville, FL 32207-1811 |
| 96218200 | | BW Pier, Inc., 114 1/2 NW1st Avenue, Delray Beach, FL 33444 |
| 96218197 | + | Benderson Properties, Inc., 7978 Cooper Creek Blvd,Unit 100, Bradenton, FL 34201-2139 |
| 96218198 | + | Best Investments of Oviedo, LLC and MBDS, 420 Hillcrest Drive, Oviedo, FL 32765-8715 |
| 96218199 | + | Bright House Networks, LLC, 485 N. Keller Road, Suite 250, Maitland, FL 32751-7535 |
| 96218201 | + | CFT NV Developments, LLC, c/o Greenspoon Marder LLP, 201 East Pine Street, Suite 500, Orlando, FL 32801-2718 |
| 96218202 | + | CGTC, LLC., 500 South Florida Ave, Ste 700, Lakeland, FL 33801-5270 |
| 96218203 | + | CH Retail Fund II/Gardens on Millenia, L, 3819 Ross Avenue, Dallas, TX 75204-5245 |
| 96216738 | + | Cimo Mazer Mark PLLC, 100 SE 2nd Street, Suite 3650, Miami, FL 33131-2100 |
| 96218204 | + | Clarus Plaza, LLC, 5015 SE 7th Avenue, Ocala, FL 34480-4762 |
| 96218205 | + | Clermont East Partners, LLC, 5750 Major Blvd. Ste 240, Orlando, FL 32819-7971 |
| 96218206 | | Colonial Square Associates, LLC., 7878 Cooper Creek Blvd, Bradenton, FL 34201 |
| 96218207 | + | Comfort Revolution, LLC, 442 Route 35 South, Building A, 1st Floor, Eatontown, NJ 07724-2252 |
| 96218209 | + | DC Crossings, LLC, 500 South Florida Ave Ste 700, Lakeland, FL 33801-5270 |
| 96218208 | + | Dacien John Mullen, 112 Hearthstone Drive, Berlin, NJ 08009-9550 |
| 96218210 | + | Deno P. Dikeou, 543 Wymore Road North, Ste 106, Maitland, FL 32751-4270 |
| 96216745 | + | Doreen Schildt and Paul Sisilli, 668 Banyan Rd, Vero Beach, FL 32963-1729 |
| 96216736 | + | Drew M. Dillworth, Receiver, c/o Stearns Weaver Miller, et al., 150 West Flagler Street, Suite 2200, Miami, FL 33130-1545 |
| 96218213 | + | F&L Fiduciary Services, LLC as Substitute, 3217 SW 35th Blvd., Gainesville, FL 32608-2414 |
| 96218214 | + | Faye M. Garoian as Trustee of Kevork O., Garoian & F, 890 E Eau Gallie Blvd., Satellite Beach, FL 32937-4903 |
| 96218215 | + | Flamingo Sunrise Parners, LTD, 1200 Biscayne Blvd, Ste 810, Miami, FL 33132-1606 |
| 96218216 | | Flamingo Sunrise Parners, LTD, 83 Weston Road, Ste 101, Fort Lauderdale, FL 33326 |
| 96218217 | + | Garden Plaza LP, 4811 S 76th Street, Ste 211, Milwaukee, WI 53220-4352 |
| 96218218 | + | Gateway, Inc., 7565 Irvine Center Drive, Irvine, CA 92618-4933 |
| 96218219 | + | Gator Jacaranda, LTD, 7850 NW 146 St, 4th Floor, Hialeah, FL 33016-1564 |
| 96216747 | + | Gator Jacaranda, LTD, 7850 NW 146 St, 4th Floor, Miami Lake, FL 33016-1564 |
| 96218220 | + | Greenbelt, LLC., 241 Bradley Place, Palm Beach, FL 33480-3738 |
| 96218221 | + | Grove Plaza Holdings, LP, c/o 1172 S. Dixie HighwayNo. 175, Miami, FL 33146-2918 |
| 96218222 | + | Hupp Retail Clark, LLC., 907 S. ft. Harrison Avenue, Suite 102, Clearwater, FL 33756-3937 |
| 96216744 | + | Joeandy, L.C., 1010 East Adams street, Ste 201, Jacksonville, FL 32202-1902 |
| 96218224 | + | KRG Bradenton Centre Point, LLC., 30 South Meridian St, Ste 1100, Indianapolis, IN 46204-3565 |
| 96216740 | + | Kapila Mukamal, 1000 South Federal Highway, Suite 200, Fort Lauderdale, FL 33316-1237 |
| 96218226 | | Legacy Bank, 101 West Main, Hinton, OK 73047 |
| 96218225 | + | Legacy Bank, 220 Main Street, Wiley, CO 81092-5024 |
| 96218227 | + | London Investments, LLC, 18610 NW 87th Avenue, Ste 204, Hialeah, FL 33015-3537 |
| 96218228 | + | Morad Salem, c/o Morgan & Morgan, 20 N. Orange Ave, Suite 1600, Orlando, FL 32801-4624 |
| 96218231 | ++ | PERRO DOGO PROPERTIES LLC, ATTN BURTON WIAND, 801 ELDORADO AVE, CLEARWATER FL 33767-1310 address filed with court:, Perro Dogo Properties, LLC., 801 Eldorado Avenue, Clearwater Beach, FL 33767 |
| 96218229 | + | Palm Coast Landing Owner, LLC., 41 Theodore Fremd Avenue Ste 300, Rye, NY 10580-2932 |
| 96218230 | + | Pamela A. Dingess, c/o Jeffrey A. Icardi, 557 Wymore Road, North, STE. 101, Maitland, FL 32751-4200 |

| District/off: 113C-1 | User: idabarr | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 03, 2021 | Form ID: 309D | Total Noticed: 80 |

| | | |
|---|---|---|
| 96218232 | + | R.T.G. Furniture Corp., 400 Perimeter Center Terrace, Suite 800, Atlanta, GA 30346-1235 |
| 96218234 | + | RB Seminole, LLC., 810 Seventh Ave, 10th Floor, New York, NY 10019-5887 |
| 96218233 | + | Ramco Jacksonville, LLC., 31500 Northwest Highway, Suite 300, Farmington, MI 48334-2501 |
| 96218235 | + | Regal Mattress Co., Inc., 1356 Bennett Drive, Longwood, FL 32750-7561 |
| 96218236 | + | Rex Investors, LLC., 33 SW Flagler Ave, Stuart, FL 34994-2140 |
| 96218237 | + | River Club Plaza 4 Guys, LLC, 7940 Via Dellagio Way, Ste 200, Orlando, FL 32819-5400 |
| 96218238 | + | Roadmaster Drivers School, Inc., PO Box 19359, Fort Lauderdale, FL 33318-0359 |
| 96216739 | + | Roniel Rodriguez IV, P.A., 12555 Biscayne Blvd., 915, N. Miami, Florida 33181-2522 |
| 96218239 | + | Sealy Mattress Manufacturing Company, LL, One Office Parkway, Trinity, NC 27370-9449 |
| 96216743 | + | Sealy Mattress Manufacturing Company, LLC, One Office Parkway, Trinity, NC 27370-9449 |
| 96218240 | + | Serta Simmons Bedding LLC, c/o Williams & Williams, Inc., P.O. Box 34307, Louisville, KY 40232-4307 |
| 96218241 | | Silver Shield, LLC., 547 47th Avenue, San Francisco, CA 94121 |
| 96216746 | + | Souma Properties Of Miami, LLC, 225 W 37th St., 3rd Floor, New York, NY 10018-6766 |
| 96216737 | + | Stearns Weaver Miller, et al., 150 West Flagler Street, Suite 2200, Miami, FL 33130-1545 |
| 96218247 | + | Stuart Realty Investments, Inc., 9460 Wrangler Drive, Lake Worth, FL 33467-6901 |
| 96218248 | + | Sun-Sentinel Company, LLC, PO Box 3506, Orlando, FL 32802-3506 |
| 96218249 | + | Sunshine Value Investments, LLC., 1000 Legion Place, # 1200, Orlando, FL 32801-1005 |
| 96216742 | + | Tempur-Pedic North America, LLC, 1000 Tempur Way, Lexington, KY 40511-1386 |
| 96218251 | + | The Villages Shopping Center, LLC., 203 Meserole Avenue, Brooklyn, NY 11222-2432 |
| 96218252 | | Trio Investment Group, LLC, 730 N. Higway 17-92, Longwood, FL 32750 |
| 96218253 | | Turtle Industrial Development Corp., 9738 Blue Isle Bay, Pahokee, FL 33476 |
| 96218254 | + | Tuscola Commons, LLC, 9250 Corkscrew Road, Ste 13, Estero, FL 33928-3217 |
| 96218256 | + | United Corporation, c/o Law Offices of Joshua Spector, PA, One Flagler Building, 14 NE 1st Avenue, Suite 1100, Miami, FL 33132-2409 |
| 96218255 | + | United Corporation, c/o Joseph A. DiRuzzo, III, Esq., CPA, 401 East Las Olas Blvd., Suite 1400,, Fort Lauderdale, FL 33301-2218 |
| 96218257 | + | Waco Phase I Retail, LP, c/o Dunlap & Shipman, P.A., 2065 Thomasville Road, Suite 102, Tallahassee, FL 32308-9818 |

TOTAL: 70

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: esilver@stearnsweaver.com | Jun 04 2021 00:35:00 | Eric J Silver, 150 W Flagler St # 2200, Miami, FL 33130 |
| tr | + | EDI: FRRHARTOG.COM | Jun 04 2021 02:13:00 | Ross R Hartog, P.O. Box 14306, Fort Lauderdale, FL 33302-4306 |
| smg | | EDI: FLDEPREV.COM | Jun 04 2021 02:13:00 | Florida Department of Revenue, POB 6668, Tallahassee, FL 32314-6668 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Jun 04 2021 00:37:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| 96218231 | | Email/Text: BWiand@Wiandlaw.com | Jun 04 2021 00:35:00 | Perro Dogo Properties, LLC., 801 Eldorado Avenue, Clearwater Beach, FL 33767 |
| 96218212 | | Email/Text: Bankruptcy@regencycenters.com | Jun 04 2021 00:36:00 | Equity One (Florida Portfolio) LLC, One Independent Dr, Ste 114, Jacksonville, FL 32202 |
| 96218244 | | EDI: FLDEPREV.COM | Jun 04 2021 02:13:00 | State of Florida, Department of Revenue, 400 W. Robinson St, Ste N302, Orlando, FL 32801-1759 |
| 96218246 | | EDI: FLDEPREV.COM | Jun 04 2021 02:13:00 | State of Florida, Department of Revenue, 1415 W. US Highway 90 Ste 115, Lake City, FL 32055-6156 |
| 96218245 | | EDI: FLDEPREV.COM | Jun 04 2021 02:13:00 | State of Florida, Department of Revenue, 921 N. Davis St, Ste 250A, Jacksonville, FL 32209-6825 |
| 96216748 | | EDI: FLDEPREV.COM | Jun 04 2021 02:13:00 | State of Florida, Department of Revenue, 8175 NW 12th St., Ste 119, Doral, FL 33126-1828 |
| 96218243 | | EDI: FLDEPREV.COM | Jun 04 2021 02:13:00 | State of Florida, Department of Revenue, 2301 Maitland Center Pkwy, Ste 160, Maitland, FL 32751-4192 |

TOTAL: 11

| | | |
|---|---|---|
| District/off: 113C-1 | User: idabarr | Page 3 of 3 |
| Date Rcvd: Jun 03, 2021 | Form ID: 309D | Total Noticed: 80 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 96218211 | *+ | Doreen Schildt and Paul Sisilli, 668 Banyan Rd, Vero Beach, FL 32963-1729 |
| 96218223 | *+ | Joeandy, L.C., 1010 East Adams Street, Ste 201, Jacksonville, FL 32202-1902 |
| 96218242 | *+ | Souma Properties Of Miami, LLC, 225 W 37th St., 3rd Floor, New York, NY 10018-6766 |
| 96218250 | *+ | Tempur-Pedic North America, LLC, 1000 Tempur Way, Lexington, KY 40511-1386 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2021            Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Eric J Silver | on behalf of Debtor Mattress One  Inc. esilver@stearnsweaver.com, jless@stearnsweaver.com;larrazola@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com;Atty_arrazola@bluestylus.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Ross R Hartog | rhartog@mrthlaw.com  FL81@ecfcbis.com;rhartog@ecf.epiqsystems.com;rrh@trustesolutions.net;rhartog@ecf.courtdrive.com |

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor | **Mattress One, Inc.** <br> Name | EIN **20–2322072** |
| United States Bankruptcy Court **Southern District of Florida** <br> Case number: **21–15462–RAM** | | Date case filed for chapter **7**  **6/2/21** |

# Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

**You may want to consult an attorney to protect your rights. The bankruptcy clerk's office staff cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

**WARNING TO DEBTOR:** WITHOUT FURTHER NOTICE OR HEARING THE COURT MAY DISMISS YOUR CASE FOR FAILURE OF THE DEBTOR TO APPEAR AT THE MEETING OF CREDITORS OR FAILURE TO TIMELY FILE REQUIRED SCHEDULES, STATEMENTS OR LISTS.

| | | | |
|---|---|---|---|
| 1. | **Debtor's Full Name** | Mattress One, Inc. | |
| 2. | **All Other Names Used in the Last 8 Years** | dba Mattress 1 One | |
| 3. | **Address** | c/o Drew M. Dillworth, Receiver <br> 150 West Flagler Street <br> Suite 2200 <br> Miami, FL 33130 | |
| 4. | **Debtor's Attorney** <br> (or Pro Se Debtor) <br> Name and address | Eric J Silver <br> 150 W Flagler St # 2200 <br> Miami, FL 33130 | Contact phone (305) 789–4175 |
| 5. | **Bankruptcy Trustee** <br> Name and address | Ross R Hartog <br> P.O. Box 14306 <br> Fort Lauderdale, FL 33302 | Contact phone 954–767–0030 |
| 6. | **Bankruptcy Clerk's Divisional Office Where Assigned Judge is Chambered** | US Bankruptcy Court <br> 301 North Miami Avenue, Room 150 <br> Miami, FL 33128 | Hours open 8:30 a.m. – 4:00 p.m. <br> Contact Phone (305) 714–1800 |
| | Documents filed conventionally in paper may be filed at any bankruptcy clerk's office location. Documents may be viewed in electronic format via CM/ECF at any clerk's office public terminal (at no charge for viewing) or via PACER on the internet accessible at pacer.uscourts.gov (charges will apply). Case filing and unexpired deadline dates can be obtained by calling the Voice Case Information System toll–free at (866) 222–8029. As mandated by the Department of Homeland Security, ALL visitors (except minors accompanied by an adult) to any federal building or courthouse, must present a current, valid, government issued photo identification (e.g. drivers' license, state identification card, passport, or immigration card). | | **Note:** Pursuant to Administrative Order 2020–07, until further notice the clerk's office is CLOSED to the public for in–person filings. <br><br> Clerk of Court: **Joseph Falzone** <br> Dated: **6/3/21** |
| 7. | ***MEETING OF CREDITORS*** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | July 8, 2021 at 11:00 AM <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | ***MEETING WILL BE HELD BY TELEPHONE*** <br><br> **Trustee:  Ross R Hartog** <br> Call in number:  866–903–1014 <br> Passcode:  8861127 |

Debtor  **Mattress One, Inc.**                                                                                    Case number **21–15462–RAM**

| | | |
|---|---|---|
| 8. **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines.<br><br>**When Filing Proofs of Claim:** Claims may be delivered or mailed to the clerk's office. Creditors with internet access have the option to use the electronic claims filing program on the court website at www.flsb.uscourts.gov to electronically file a proof of claim. | **Deadline for all creditors to file a proof of claim (except governmental units):**<br><br>**Deadline for governmental units to file a proof of claim:**<br><br>**Deadlines for Filing Proof of Claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at  www.flsb.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. If this is a converted case proofs of claim filed under the initial chapter shall be deemed filed and need not be refiled.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.<br><br>**Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing proofs of claim in this notice apply to all creditors. If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline to file a proof of claim. See also box 9 below. | **Filing deadline: 8/12/21**<br><br>**Filing deadline: 11/30/21** |
| 9. **Creditors with a Foreign Address** | Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 10. **Liquidation of the Debtor's Property and Payment of Creditors' Claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them, in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim, as described above. | |
| 11. **Abandonment of Property by Trustee, Deadline to Object to Trustee's Report** | Pursuant to Local Rule 6007–1(A), the trustee will abandon at the meeting of creditors all property that the trustee has determined is of no value to the estate and file a report within two business days. Objections to the report must be filed within 14 days of the meeting. | |
| 12. **Option to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail** | 1) EBN program open to all parties. Register at the BNC website bankruptcynotices.uscourts.gov, **OR** 2) DeBN program open to debtors only. Register by filing with the Clerk of Court, Local Form "Debtor's Request to Receive Electronically Under DeBN Program". There is no charge for either option. See also Local Rule 9036–1(B) and (C). | |
| 13. **Translating Services** | Language interpretation of the meeting of creditors will be provided to the debtor at no cost, upon request to the trustee, through a telephone interpreter service. Persons with communications disabilities should contact the U.S. Trustee's office to arrange for translating services at the meeting of creditors. | |

Local Form 309D USBC SDFL (Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case – Proof of Claim Deadline Set**      page **2**